UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14200-CIV-CANNON

**ALAN GROCHOWSKI**, **SR,**
*Individually and on behalf of*
*all others similarly situated*,

    Plaintiff,

v.

**NATIONAL TAX ADVISORY**
**SERVICES, LLC,**

    Defendant.
_____/

## ORDER DISMISSING COMPLAINT

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On July 7, 2023, Defendant removed the case to federal court. The Complaint purports to bring three claims against Defendant [ECF No. 1-1 pp. 5–27]. Every count in the Complaint, however, incorporates all preceding allegations [*see* ECF No. 1-1 p. 23 ¶ 63, p. 25 ¶ 70]. Complaints that follow this approach constitute impermissible "shotgun pleadings," *see Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1321 (11th Cir. 2015), and the Court has an independent obligation to dismiss such pleadings and require repleader, *see Ain Jeem, Inc. v. Individuals, Partnerships, & Unincorporated Associations Identified on Schedule A*, No. 8:21-CV-1331-VMC-AEP, 2021 WL 2941735, at *1 (M.D. Fla. July 13, 2021) (citing cases).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Complaint [ECF No. 1-1 pp. 5–27] is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff may file an amended pleading that is consistent with this Order on or before

**July 17, 2023**. **The amended pleading must not contain any successive counts that incorporate all prior allegations**. In other words, Counts I, II, and III may incorporate the same factual allegations (paragraphs 1 through 56), but Counts II and III must not broadly incorporate the allegations of previous counts. Further, each count must identify the particular legal basis for liability and contain specific factual allegations that support each cause of action within each count.

3. Failure to comply with this Order may result in dismissal of the case without further notice.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 10th day of July 2023.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record