# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT PIERCE DIVISION

| | |
|---|---|
| **Alan Grochowski Sr.,** individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **National Tax Advisory Services, LLC,** <br><br> Defendant. | Case No.: 2:23-cv-14200-AMC <br><br> **NOTICE OF SETTLEMENT** |

TO THE COURT, CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff Alan Grochowski ("Plaintiff") and Defendant National Tax Advisory Services, LLC ("Defendant") (together, the "Parties") have reached a settlement in principle in the above-captioned action. The Parties request sixty (60) days to finalize the settlement and anticipate filing a Joint Motion of Dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class

within sixty (60) days of the date of this notice.

Thus, the Parties respectfully request that all pending deadlines and hearing dates be vacated in light of the Parties' settlement.

July 27, 2023    Respectfully submitted,

  BY: */S/ RYAN L. MCBRIDE*
RYAN L. MCBRIDE, ESQ.
TRIAL COUNSEL FOR PLAINTIFF

Mohammad Kazerouni (1034549)
**Kazerouni Law Group, APC**
245 Fischer Ave., Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
mike@kazlg.com

Ryan L. McBride (1010101)
**Kazerouni Law Group, APC**
301 E. Bethany Home Road
Suite C-195
Phoenix, AZ 85012
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
ryan@kazlg.com