# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT PIERCE DIVISION

| | |
|---|---|
| **Alan Grochowski Sr.,** individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **National Tax Advisory Services, LLC,** <br><br> Defendant. | Case No.: 2:23-cv-14200-AMC <br><br> NOTICE OF SETTLEMENT |

TO THE COURT, CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff Alan Grochowski ("Plaintiff") and Defendant National Tax Advisory Services, LLC ("Defendant") (together, the "Parties") have reached a settlement in principle in the above-captioned action. The Parties request sixty (60) days to finalize the settlement and anticipate filing a Joint Motion of Dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class.

1

The Parties further request that all pending deadlines and hearing dates be vacated in light of the Parties' settlement.

August 8, 2023               Respectfully submitted,

By: */s/ Ryan McBride*
Ryan L. McBride (1010101)
**Kazerouni Law Group, APC**
301 E. Bethany Home Road
Suite C-195
Phoenix, AZ 85012
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
ryan@kazlg.com

By: */s/ Evan Appell*
Evan D. Appell (58146)
Evan D. Appell, P.A.
1001 W. Yamato Road, Suite 401
Boca Raton, FL 33431
Telephone: (561) 337-5858
evan@edalegal.com

## **SIGNATURE CERTIFICATION**

Pursuant to Section 3J(3) of the Electronic Case Filing Administrative Procedures, I hereby certify that the content of this document is acceptable to all above-signed parties and that I have obtained their authorization to affix their electronic signature to this document.

August 8, 2023               Respectfully submitted,

By: */s/ Ryan McBride*

Ryan L. McBride (1010101)