UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14200-CIV-CANNON

**ALAN GROCHOWSKI**, **SR,**
*Individually and on behalf of*
*all others similarly situated*,

    Plaintiff,
v.

**NATIONAL TAX ADVISORY**
**SERVICES, LLC,**

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon the Joint Notice of Settlement [ECF No. 10], filed on August 8, 2023, in which the parties advise that they have settled this matter. The Court has carefully reviewed the file and is fully advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation of Dismissal on or before **October 9, 2023**.

2. If the parties fail to complete the expected settlement, any party may move the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

CASE NO. 23-14200-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 9th day of August 2023.

                                                **AILEEN M. CANNON**
                                                **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record